IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JENNIFER HOUSER, as special administrator of the estate of Morgan Angerbauer,<br>　　　　　　*Plaintiff*<br><br>v.<br><br>LASALLE MANAGEMENT COMPANY, LLC d/b/a LASALLE CORRECTIONS; LASALLE CORRECTIONS, LLC; LASALLE SOUTHWEST; RODNEY COOPER, in his official capacity; CHRIS BELL, in his official capacity; ROBERT PAGE, in his official capacity; BRITTANY JOHNSON, in her individual and official capacities; REGINA LYNCH, in her individual and official capacities; JANE DOES #1-10; and JOHN DOES #1-10,<br>　　　　　　*Defendants* | §§§§§§§§§§§§§§§§§§§§§§§§ | No. 5:16 CV 129 |

### JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

COME NOW, the parties through counsel of record and submit this Joint Motion to Stay All Deadlines and Notice of Settlement and state and represent to the court the following:

　　1.　　All matters and controversy between the parties have been settled in principle.

　　2.　　Defendants agree to pay, and Plaintiff, Victoria Leigh, Special Administrator of the Estate of Morgan Angerbauer, agrees to accept the sum of $200,000 in full and final

settlement of all claims brought, or which may be brought, against Defendants as a result of the events made the basis of Plaintiff's Complaint and all amended Complaints. There are no contingencies, however, it may be necessary for the terms of settlement to be presented to the presiding probate judge in case number PR-2016-146-1 in the Circuit Court of Miller County, Arkansas Probate Division "In the Matter of the Estate of Morgan Angerbauer".

3. The parties jointly request that the court stay for thirty (30) days all applicable deadlines contained in the court's Docket Control Order.

4. The parties stipulate to the court that in the event any issues arise in formalizing the settlement papers, it is agreed that those issues will be submitted to the court for final resolution.

5. This matter was scheduled for mediation before United States Magistrate Judge Caroline Craven on November 28, 2017. Notice has been provided to Judge Craven's staff that the mediation is unnecessary due to this notice of settlement.

    Respectfully submitted,

_____
Paul Miller

    Texas State Bar No.: 14056050
    Troy Hornsby
    Texas State Bar No.: 00790919
    MILLER, JAMES, MILLER & HORNSBY, L.L.P.
    1725 Galleria Oaks Drive

Texarkana, Texas  75503
paulmiller@cableone.net
troy.hornsby@gmail.com
903.794.2711; f. 903.792.1276

*Attorneys for LaSalle Defendants*


Matthew D. Campbell
Arkansas State Bar No.: 2009032
PINNACLE LAW FIRM, P.C.
POB 7469
Little Rock, AR 72217
matt@pinnaclelawfirm.com
501.396.9246; f. 501.421.0189

*Attorney for Plaintiff*



   */s/ D. Randall Montgomery*
D. Randall Montgomery
Arkansas State Bar No.: 14289700
D. RANDALL MONTGOMERY & ASSOCIATES, P.L.L.C.
12400 Coit Rd., Ste. 560
Dallas, TX 75251
214.292.2600; f: 469.568.9323

*Attorney for Defendant Brittany Johnson*