IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **JENNIFER HOUSER**, as Special Administrator of the Estate of Morgan Angerbauer,<br>    Plaintiff,<br><br>v.<br><br>**LASALLE MANAGEMENT COMPANY, LLC**, d/b/a **LASALLE CORRECTIONS**, *et al.*,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.  5:16-cv-129<br>JURY DEMANDED |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiff, VICTORIA LEIGH, as Special Administrator of the Estate of Morgan Angerbauer and Defendants LASALLE MANAGEMENT COMPANY, LLC, d/b/a LASALLE CORRECTIONS; LASALLE CORRECTIONS, LLC; LASALLE SOUTHWEST; RODNEY COOPER, in His Official Capacity; CHRIS BELL, in His Official Capacity; ROBERT PAGE, in His Official Capacity; BRITTANY JOHNSON, in Her Individual and Official Capacities; REGINA LYNCH, in Her Individual and Official Capacities, and file this their Agreed Motion to Dismiss with Prejudice.  The Parties request this Court to dismiss this action with prejudice, with costs and attorney's fees taxed to the party incurring same.  The parties have met and announce to the Court that all matters in controversy have been fully and finally resolved and settled.

Thus, the current action is properly dismissed with prejudice pursuant to FED. R. CIV. P. 41(a).

Respectfully submitted,

*/s/ Matthew D. Campbell*
**MATTHEW D. CAMPBELL**
Ark. Bar No. 2009032
**PINNACLE LAW FIRM, PLLC**
P.O. Box 7469
Little Rock, Ar 72217
P: (501) 396-9246
F: (501) 421-0189
*Matt@Pinnaclelawfirm.com*

**ATTORNEYS FOR PLAINTIFF**

*/s/ Paul Miller*
**PAUL MILLER**
Ark. State Bar No. 84-106
Texas State Bar No. 14056050
*paulmiller@cableone.net*
**MILLER, JAMES, MILLER
   & HORNSBY, LLP**
1725 Galleria Oaks Dr.
Texarkana, Texas 75503
(903) 794.2711
(903) 792-1276 (Facsimile)

**ATTORNEYS FOR DEFENDANT
LASALLE MANAGEMENT COMPANY, LLC,
d/b/a LASALLE CORRECTIONS,** *et al*

        */s/ D. Randall Montgomery*
        **D. RANDALL MONTGOMERY**
        State Bar No. 14289700
        *Rmontgomery@drmlawyers.com*
        **ALYSSA M. BARRENECHE**
        State Bar No. 24040607
        *abarreneche@drmlawyers.com*
        **D. RANDALL MONTGOMERY**
         **& ASSOCIATES, P.L.L.C.**
        12400 Coit Road, Suite 560
        Dallas, Texas 75251
        (214) 292-2600
        (469) 568-9323 (Facsimile)

        **ATTORNEYS FOR DEFENDANT**
        **BRITTANY JOHNSON**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Federal Rules of Civil Procedure on this the  25th  day of January, 2018.

**VIA E-FILE**
Matthew D. Campbell
Pinnacle Law Firm
PO Box 7469
Little Rock, Arkansas 72217

**VIA E-FILE**
Paul Miller
Troy Hornsby
Miller, James, Miller & Hornsby, LLP
1725 Galleria Oaks Dr.
Texarkana, Texas 75503

        */s/ D. Randall Montgomery*
        **D. RANDALL MONTGOMERY**