IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

VICTORIA LEIGH, AS SPECIAL    §
ADMINISTRATOR OF THE ESTATE   §
OF MORGAN ANGERBAUER      §
     PLAINTIFF            §
vs.                             §         Civil Action No. 5:16CV129
                            §
LaSALLE MANAGEMENT COMPANY, LLC §
ET AL                  §
     DEFENDANTS      §

**UNOPPOSED MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF**

COMES NOW Plaintiff Victoria Leigh, as Special Administrator of the Estate of Morgan Angerbauer, and files this Motion for Withdrawal and Substitution of Counsel, and in support thereof would show unto the Court as follows:

I.

Matthew D. Campbell of Pinnacle Law Firm, PLLC has heretofore served as counsel of record for Plaintiff in this action.

II.

Pursuant to an Order entered on March 22, 2018, in the Circuit Court of Miller County, Arkansas - Probate Division, Plaintiff has agreed to the substitution of W. David Carter of the law firm of MERCY ✶ CARTER, L.L.P. as counsel of record for Plaintiff in this cause. A copy of said Order is attached hereto as Exhibit "A" and incorporated herein.

III.

Plaintiff respectfully requests that the Court enter an Order allowing the withdrawal of Mr.

Campbell and the substitution of Mr. Carter as counsel of record for Plaintiff, and that the Court and all counsel provide notice of all future correspondence, scheduled hearings, and filed pleadings herein to Mr. Carter.

IV.

Defendants do not oppose the request sought in this motion. Accordingly, the motion is unopposed.

WHEREFORE, PREMISES CONSIDERED Plaintiff respectfully requests and that Court enter an Order allowing the withdrawal of Matthew D. Campbell and substituting W. David Carter as counsel of record for Plaintiff, and for any and all other relief to which Plaintiff may be entitled.

March 28, 2018

Respectfully submitted,

*/s/ W. David Carter*
W. David Carter, TSB No. 03932780
MERCY ✶ CARTER, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503
(903) 794-9419 - Telephone
(903) 794-1268 - Facsimile
wdcarter@texarkanalawyers.com

*/s/ Matthew D. Campbell* [w/permission W. David Carter]
Matthew D. Campbell, ASB No. 2009032
PINNACLE LAW FIRM, PLLC
Post Office Box 7469
Little Rock, Arkansas 72217
(501) 396-9246 - Telephone
(501) 421-0189 - Facsimile
matt@pinnaclelawfirm.com

Attorneys for Plaintiff Victoria Leigh, as Special Administrator of the Estate of Morgan Angerbauer

## CERTIFICATE OF CONFERENCE

On the 27th day of March, 2018, counsel for Plaintiff conferred with counsel for Defendants regarding the withdrawal of Matthew D. Campbell and substitution of W. David Carter as attorney of record for Plaintiff. Defendants are unopposed to said substitution.

/s/ *W. David Carter*

## CERTIFICATE OF SERVICE

I, W. David Carter, certify that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ *W. David Carter*