IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| VICTORIA LEIGH, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MORGAN ANGERBAUER<br>    PLAINTIFF<br>vs.<br><br>LaSALLE MANAGEMENT COMPANY, LLC ET AL<br>    DEFENDANTS | §§§§§§§§§ | Civil Action No. 5:16CV129 |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Withdrawal and Substitution of Counsel. (ECF No. 64) Having considered said Motion and the applicable law, the Court finds that the Motion should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff's Unopposed Motion for Withdrawal and Substitution of Counsel is hereby **GRANTED** and that Matthew D. Campbell is withdrawn and W. David Carter is substituted as counsel of record herein for Plaintiff.

**SIGNED this 3rd day of April, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE